IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,

    Petitioner,

v.

THOMAS LILLARD,

    Respondent.

Case No. 25-CV-01865-SPM

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

    This matter comes before the Court on Petitioner Ronald Jermaine Jackson's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 October 6, 2025 (Doc. 1). Jackson's claims have been repeatedly rejected as frivolous by every judge in this District. *See Jackson v. Lillard*, No. 25-cv-01633-NJR (S.D. Ill. Oct. 2, 2025); *Jackson v. Lillard*, No. 25-cv-01632-JPG (S.D. Ill. Oct. 1, 2025); *Jackson v. Lillard*, No. 25-cv-01816-SPM (S.D. Ill. Sept. 23, 2025); *Jackson v. Lillard*, No. 25-cv-01534-JPG (S.D. Ill. Sept. 19. 2025); *Jackson v. Lillard*, No. 25-cv-01127-NJR (S.D. Ill. July 7, 2025); *Jackson v. Lillard*, No. 24-cv-02687-NJR (S.D. Ill. Apr. 29, 2025); *Jackson v. Lillard*, No. 25-cv-00542-DWD (S.D. Ill. Apr. 29, 2025); *Jackson v. Lillard*, No. 24-cv-01690-NJR (S.D. Ill. Oct. 24, 2024); *Jackson v. Lillard*, No. 24-cv-01539-JPG (S.D. Ill. June 21, 2024); *Jackson v. Lillard*, No. 24-cv-1225-SMY (S.D. Ill. June 4, 2024). Chief Judge Nancy J. Rosenstengel warned Jackson that, as a sanction, future repetitive habeas corpus petitions will be deemed rejected, without the need for judicial action, 30 days after the petition is filed unless the court orders otherwise. *See Jackson v.*

*Lillard*, No. 24-cv-02687-NJR, 2025 WL 1234150, at *3 (S.D. Ill. Apr. 29, 2025) (citing *Alexander v. United States*, 121 F.3d 312, 315 (7th Cir. 1997)).

The Court has reviewed Jackson's instant Petition and has determined that it raises no new arguments. Thus, consistent with Chief Judge Rosenstengel's prior admonition, Jackson's Petition (Doc. 1) is **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case on the Court's docket.

**IT IS SO ORDERED.**

**DATED:** October 7, 2025

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
